1  BRENDA ENTZMINGER
   Nevada Bar No. 9800
2  MARJAN HAJIMIRZAEE
   Nevada Bar No. 11984
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

8  UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10 REGINA JOERGER,                          Case No: 2:14-cv-00151-RCJ-NJK
11        Plaintiff,
12 v.                                       **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
13 WAL-MART STORES, INC., DOES 1-X and
   ROE CORPORATIONS I-X inclusive,
14
   Defendants.
15

16     IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and Wal-Mart Stores, Inc.,
17
   that the above-captioned matter be dismissed with prejudice, each party to bear that party's own costs
18
19 and attorney's fees.

20 DATED this 12 day of Feb, 2014.          DATED this 13 day of February, 2014.

21 **REGINA JOERGER**                       **PHILLIPS, SPALLAS & ANGSTADT, LLC**

22
23 *(signature)*                            *(signature)*
   Regina T. Joerger                        Marjan Hajimirzaee
24 271 Montecito Drive                      504 South Ninth Street
   Pahrump, NV 89048                        Las Vegas, Nevada 89101
25
26 *Plaintiff*                              *Attorneys for Defendant*
                                            *Wal-Mart Stores, Inc.*
27
28

- 1 -

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED: This 19th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE